IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARIE A. PALMER,** | : | Civil No. 1:15-cv-704 |
| **Plaintiff,** | : | |
| v. | : | |
| **CAROLYN W. COLVIN,** | : | **Judge Sylvia H. Rambo** |
| **Commissioner of Social Security,** | : | |
| | : | **Magistrate Judge Cohn** |
| **Defendant.** | | |

## **O R D E R**

Before the court is a report and recommendation filed by the magistrate judge in which he recommends that Plaintiff Marie Palmer's appeal of the ALJ's decision be denied. No objections to the report and recommendation have been filed.

A review of the extensively thorough review of the record by the magistrate judge supports his findings that the ALJ made specific findings of fact that were supported by substantial evidence.

Accordingly, **IT IS HEREBY ORDERED** as follows:

1) The court adopts the report and recommendation (Doc. 19).
2) The appeal of the ALJ's decision is **DENIED**.
3) The clerk of court shall close this file.

                                                      s/Sylvia H. Rambo
                                                      SYLVIA H. RAMBO
                                                      United States District Judge

Dated: October 4, 2016